Button Co., applts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Order affirmed with $10 costs and disbursements. Held: The merits of this action are not here. A case was made in the Special Term calling for the exercise of discretion in granting the temporary injunction and the same should not be disturbed during the pendency of the action. All concur.

G. F. HARMS CO., Respt., v. LEONHARD MICHEL BREWING CO., Applt. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Frank GIARDINI, respt., v. John J. SMITH, applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment and orders affirmed with costs. All concur.

Thomas GILSON, an inft., Respt., v. Joshua SILVERSTEIN, Applt. (Supreme Court, Appellate Division, First Department. January 21, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

GLOWNIAK, Appellant, v. LEHIGH VALLEY R. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by Elizabeth Glowniak, as administratrix, etc., against the Lehigh Valley Railroad Company and others. No opinion. Order (90 Misc. Rep. 42, 152 N. Y. Supp. 740) affirmed, with $10 costs and disbursements.

William S. GOTSHALL, applt., v. PENNSYLVANIA R. R. CO., respt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Motion for Pennsylvania R. R. Co., respt. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

GOTSHALL, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by William S. Gotshall against the Pennsylvania Railroad Company. No opinion. Motion granted, precluding respondent from being heard upon the argument for its failure to file and serve briefs, unless respondent file and serve briefs by November 27, 1915. See, also, 155 N. Y. Supp. 1110.

William H. GOWLAND, respondent, v. The BROOKLYN HEIGHTS RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. In re SYCAMORE ST. AND WALDEN AVE. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo, for the appointment of commissioners, etc. In the matter of the change of grade of Sycamore Street and Walden Avenue, claimed to be owned by the Barber Asphalt Paving Company and others. Proceeding No. 97. No opinion. Motion denied. Held, that the costs referred to in the order are clearly those awarded by the Court of Appeals upon the appeal taken to that court. See, also, 152 N. Y. Supp. 1114.

In the Matter of the Intermediate Judicial Account of Louis Z. GREEN, as Committee, etc., of James I. Doran, an incompetent person, etc. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) The evidence shows that the $1,005, in addition to other amounts received, was earned by the attorney who conducted the foreclosure proceedings. For that reason, and aside from the contract for compensation, we determine that the order, so far as it reduces the sum of $1,005, and surcharges the committee with the sum of $755, should be reversed, and the allowance of $1,005 should be restored. As so modified the order is affirmed, with $10 costs and disbursements. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

In the Matter of the intermediate judicial account of Louis Z. GREEN, as committee, etc. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion to grant costs to the appellant payable out of the fund, denied. Order resettled, so as to allow costs to neither party.

Mary A. GREEN v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion granted, with $10 costs. Order filed.

Martha GREENWOOD, Respt., v. John WANAMAKER, N. Y., Applt. (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Ingraham, P. J., and McLaughlin, J., dissenting. Order filed.

GREENWOOD, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 1, 1915.) Action by Catharine A. Greenwood, as administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Motion granted and appeal dismissed, with costs.

In re GRIDLEY. (Supreme Court, Appellate Division, First Department. December 10, 1915.) In the matter of Willis T. Gridley. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice.

John GRIFFIN, respt., v. Chas. H. ARMSTED, impleaded, etc, applt. (Supreme Court, Appellate Division, Fourth Department. Jan-